UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSETTE ROCKE,

Plaintiff,

*– against –*

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

**OPINION & ORDER**

No. 25 Civ. 9788 (ER) (RFT)

RAMOS, D.J.:

Rosette Rocke filed this action on November 25, 2025 seeking judicial review of a final determination by the Commissioner of Social Security ("the Commissioner") that she is not entitled to Social Security Disability benefits ("SSD") and only partially entitled to Supplemental Security Income ("SSI") under the Social Security Act. Doc. 1 ¶ 9. Rocke applied for both SSD and SSI on January 26, 2023, alleging disability beginning on January 16, 2016. *Id.* ¶¶ 4–6. Rocke's application was initially denied on August 1, 2023, and denied upon reconsideration on December 15, 2023. Doc. 7 at 19.[1] She proceeded to request a hearing before an Administrative Law Judge ("ALJ"), which was held on August 15, 2024 before ALJ Joani Sedaca. *Id.* at 18–19. On December 16, 2024, the ALJ issued a decision finding that Rocke was not entitled to SSD and only partially entitled to SSI. *Id.* at 16–31. Rocke requested review of this decision on February 10, 2025. *Id.* at 225–227. On September 25, 2025, the Appeals Council denied the request. *Id.* 1–3. Rocke now appeals.

Magistrate Judge Robyn F. Tarnofsky issued a report and recommendation (R&R) on October 23, 2026 recommending that Rocke's motion be granted and that the case be remanded for further administrative proceedings. Doc. 12. Specifically, Magistrate

[1] Citations to Document 7 are to the administrative record. Page citations are to the numbers in the lower right corner of each page and not to the numbers in the system-generated header.

Judge Tarnofsky recommended that on remand, the ALJ be directed to: (1) supplement the record by contacting Rocke's physician, Dr. Danielle Lasalandra, to obtain a residual functional capacity assessment and medical records for the period before Rocke's date last insured; and (2) explain the basis for its conclusion if it again finds that Rocke's description of the severity of her symptoms before October 2020 was not entirely supported. *Id.* at 34–35. The R&R also notified the parties that they had fourteen days to file objections and that failure to do so would result in a waiver of objections and preclude appellate review. *Id.* at 35. Over fourteen days have since elapsed, and neither party has filed objections to the Report.

## I. LEGAL STANDARD

A district court reviewing a magistrate judge's report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Parties may raise specific written objections to the report and recommendation "[w]ithin fourteen days after being served with a copy." *Id.*; *see also* Fed. R. Civ. P. 72(b)(2). A district court reviews *de novo* those portions of the report and recommendation to which timely and specific objections are made. 28 U.S.C. § 636(b)(1)(C); *see also United States v. Male Juvenile (95-cr-1074)*, 121 F.3d 34, 38 (2d Cir. 1997). The district court may adopt those parts of the report and recommendation to which no party has timely objected, provided no clear error is apparent from the face of the record. *Lewis v. Zon*, 573 F. Supp. 2d 804, 811 (S.D.N.Y. 2008).

The district court will also review the report and recommendation for clear error where a party's objections are "merely perfunctory responses" argued in an attempt to "engage the district court in a rehashing of the same arguments set forth in the original petition." *Ortiz v. Barkley*, 558 F. Supp. 2d 444, 451 (S.D.N.Y. 2008) (citations and internal quotation marks omitted); *see also Watson v. Astrue*, No. 08-cv-1523 (DAB)

(JCF), 2010 WL 1645060, at *1 (S.D.N.Y. Apr. 22, 2010) (clear error review applies when a party "reiterates the original arguments.") (citation omitted).

## II. DISCUSSION

Notwithstanding that no objections were filed, the Court has reviewed Magistrate Judge Tarnofsky's thorough and well-reasoned R&R and finds no error, clear or otherwise. Therefore, the Court adopts Magistrate Judge Tarnofsky's recommendations in their entirety. Rocke's motion for judgment on the pleadings is GRANTED, and the case shall be remanded for further proceedings consistent with the R&R. In addition, the parties' failure to file written objections precludes appellate review of this decision. *PSG Poker, LLC v. DeRosa-Grund*, No. 06 Civ. 1104 (DLC), 2008 WL 3852051, at *3 (S.D.N.Y. Aug. 15, 2008) (citing *United States v. Male Juvenile*, 121 F.3d at 38).

The Clerk of Court is respectfully directed to close this case, and enter judgment consistent with this Order.

It is SO ORDERED.

Dated: November 13, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.