**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

ROSETTE ROCKE,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-------------------------------------------------------------------X

25 **CIVIL** 9788 (ER)(RFT)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 13, 2026, notwithstanding that no objections were filed, the Court has reviewed Magistrate Judge Tarnofsky's thorough and well-reasoned R&R and finds no clear error, clear or otherwise. The Court has adopted Magistrate Tarnofsky's recommendations in their entirety. Rocke's motion for judgment on the pleadings is GRANTED, and the case is remanded for further proceedings consistent with the R&R. IN addition, the parties' failure to file written objections precludes appellate review of this decision; accordingly, the case is closed.

**Dated:** New York, New York

November 17, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**